HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HORACE G FRIEND, | CASE NO. C19-6154RBL |
| Plaintiff, | ORDER |
| v. | |
| ANGEL MARTINEZ, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff Friend's Motion to Remand [Dkt. # 9], based on his claim that since Defendants removed the case [Dkt. #1], he has unilaterally reduced the amount of damages he seeks below the jurisdictional threshold.

As Defendants accurately point out, post-removal amendments do not deprive the Court of subject matter jurisdiction, so long as the initial removal was proper. *See Sparta Surgical Corp. v. National Ass'n of Securities Dealers, Inc.*, 159 F.3d 1209, 1213 (9th Cir.1998). Friend's post-removal effort to deprive the Court of jurisdiction is therefore unavailing, and his Motion to Remand is **DENIED**.

Friend's alternate Motion for Voluntary Dismissal (without prejudice) is unopposed and is therefore **GRANTED**, and this matter is **DISMISSED without prejudice.**

Defendants' pending Motion to Dismiss [Dkt. # 7] is **DENIED as moot**. The case is **closed**.

IT IS SO ORDERED.

Dated this 8th day of January, 2020.

_____
Ronald B. Leighton
United States District Judge